IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:25-CR-080-Z |
| JOSHIAH WEEKS | |

## FACTUAL RESUME

In support of Joshiah Weeks's plea of guilty to the offense in Count One of the indictment, Weeks, the defendant, Hillary Netardus, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the indictment, charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, Convicted Felon in Possession of Firearms, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant knowingly possessed firearms as charged in the indictment;

*Second.* That before the defendant possessed the firearms, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year;

*Third.* That the defendant knew he had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and

---

[1] Fifth Circuit Pattern Jury Instruction 2.43D (5th Cir. 2024 ed.).

**Joshiah Weeks**
**Factual Resume—Page 1**

*Fourth.*   That the firearms possessed traveled in interstate or foreign commerce; that is, before the defendant possessed the firearms, they had traveled at some time from one state to another or between any part of the United States and any other country.

## STIPULATED FACTS

1. Joshiah Weeks, defendant, admits and agrees that on or about February 20, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, he was a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and he did knowingly possess in or affecting interstate or foreign commerce, firearms, to wit: a Glock, model 28, .380 semiautomatic pistol, serial number AHSL605; and an American Tactical Omni Hybrid rifle, serial number NS325165, knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(8).

2. On February 20, 2025, Amarillo Police Department (APD) officers were conducting surveillance of a residence located at 106 N.E. 11th Avenue #B, Amarillo, Texas. During surveillance, officers observed a black male, later identified as Joshiah Weeks, arrive at the residence in a vehicle. Surveillance observed Weeks carry a case commonly used to transport a rifle into the residence.

3. At approximately 2:15 p.m., officers observed Weeks carry the rifle case out of the residence, get into his vehicle and drive away. An APD officer observed Weeks fail to signal intent for one hundred feet prior to making a southbound turn onto N. Travis from N.W. 11th Avenue. At approximately 2:26 p.m., APD officers conducted

a traffic stop of Weeks for the traffic violation. When an officer approached the vehicle, he detected an odor of marijuana. The officer informed Weeks he was being detained for the traffic violation and the odor of marijuana. Weeks told the officer that there was a weapon in the vehicle.

4. A probable cause search of the vehicle was conducted. During the search, an officer located a black Glock, model 28, .380 semiautomatic pistol, serial number AHSL605, lying on the driver's floorboard. A second officer located the rifle case in the back seat of the vehicle that contained an American Tactical Omni Hybrid rifle, serial number NS325165, and ammunition.

5. Before Weeks possessed the above-described firearms, he had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, and he knew he had been convicted of a felony offense. Specifically, on July 7, 2011, the defendant was convicted of the felony offense of burglary of a habitation in Gray County, Texas, in cause number 8017.

6. Weeks admits that the firearms functioned as designed and, therefore, were or could readily have been put in operating condition. Further, Weeks admits that the firearms were not manufactured in the State of Texas. For example, the Glock, model 28, .380 semiautomatic pistol, serial number AHSL605, was manufactured in Smyrna, Georgia. Because the firearm was found in Texas on February 20, 2025, it must have traveled in or affected interstate or foreign commerce; that is, before the defendant possessed the firearm, it had traveled at some time between any part of the United States or a foreign country.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the indictment.

8. The defendant further admits and agrees that he possessed the above-described firearms in violation of 18 U.S.C. § 922(g)(1) and they are, therefore, subject to forfeiture, pursuant to 18 U.S.C. § 924(d), including any additional ammunition, magazines, or accessories recovered with the firearms.

AGREED TO AND STIPULATED on this 9th day of January, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

Joshiah Weeks
Defendant

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

Hillary Netardus
Attorney for Defendant